## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**                                  )<br>                                                                                 )<br>                       **Plaintiff,**                                       )<br>                                                                                 )<br>           **vs.**                                                                )<br>                                                                                 )<br>**DAVID CHAVEZ,**                                                    )<br>                                                                                 )<br>                       **Defendant.**                                    ) | **8:10CR166**<br><br>**ORDER** |

This matter is before the court on defendant's motion to extend the time for filing pretrial motions (Doc. 13).  The defendant has been represented by retained counsel throughout this proceeding.  Moving counsel did not enter an appearance until after the pretrial motion deadline expired and the case had been set for trial.  The court finds that the defendant has not shown good cause for a continuance.  Nor has the defendant complied with the requirements of NECrimR 12.3(a).

   **IT IS ORDERED** that defendant's motion for extension of time (Doc. 13) is denied. The trial of this matter remains scheduled for **July 20, 2010.**

   A party may object to this order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order.  The objecting party must comply with all requirements of NECrimR 59.2.

   **DATED June 15, 2010.**

                                                          BY THE COURT:

                                                          s/ F.A. Gossett
                                                          **United States Magistrate Judge**